BELDEN BRICK COMPANY, APPELLANT, *v.* LIMBACH, TAX COMMR., APPELLEE.

[Cite as Belden Brick Co. *v.* Limbach (1990), 53 Ohio St. 3d 176.]

(No. 89-1987—Submitted May 30, 1990—Decided August 29, 1990.)

*Black, McCuskey, Souers & Arbaugh* and *Charles J. Tyburski,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, and *James C. Sauer,* for appellant.

*Per Curiam.* R.C. 5733.061 provides for the contested credit. On authority of *Stoneco, Inc.* v. *Limbach* (1990), 53 Ohio St. 3d 170, 560 N.E. 2d

578, decided today, we affirm the BTA's decision.

*Decision affirmed.*

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents.